UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEYBANC CAPITAL MARKETS INC.,
Plaintiff,

-against-

MAN WAH HOLDINGS LTD. and MAN WAH GROUP LIMITED,
Defendants.

26-CV-6364 (AS)

ORDER SCHEDULING DEFAULT JUDGMENT BRIEFING AND SHOW CAUSE HEARING

ARUN SUBRAMANIAN, United States District Judge:

On **September 1, 2026**, Plaintiff filed a motion for a default judgment under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b). *See* ECF No. 16.

It is hereby ORDERED that Defendants shall file any opposition to the motion for default judgment by **September 16, 2026**. Defendants are cautioned that corporate entities may appear in federal court only through licensed counsel, *see Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007), and where such an entity "repeatedly fails to appear by counsel, a default judgment may be entered against it," *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006) (internal quotation marks omitted).

It is further ORDERED that Defendants appear and show cause before this Court on **October 7, 2026**, at **1:00 PM**, why an order should not be issued granting a default judgment against Defendants. Unless and until the Court orders otherwise, the conference will be held remotely by telephone in accordance with Paragraph 3.B of the Court's Individual Rules and Practices in Civil Cases. The parties should join the conference by calling the Court's dedicated conference line at (646) 453-4442 and using access code **987 593 677**, followed by the pound (#) key. No later **than Wednesday the week prior** to the conference date, Plaintiff must file the proposed default judgment order electronically, using the ECF Filing Event "Proposed Default Judgment," for the Clerk's approval.

In the event that Defendants appear or oppose the motion for default judgment prior to that date, the parties shall prepare to treat that conference as the initial pretrial conference. That is, if Defendants appear, oppose the motion, or seek a *nunc pro tunc* extension of time to respond to the complaint, then the parties—including Defendants—shall follow the pre-conference procedures specified in the Court's Order of July 29, 2026, including by submitting a joint letter addressing certain topics and a proposed case management plan **no later than the Wednesday prior** to the hearing. *See* ECF No. 9.

It is further ORDERED that Plaintiff serve Defendants via overnight courier with (1) a copy of the motion for default judgment and all supporting papers; (2) a copy of this Order; and (3) a

copy of the proposed default judgment order **within one business day of the filing of each document**. In each case, within **two business days of service,** Plaintiff must file proof of such service on the docket.

SO ORDERED.

Dated: September 2, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge